# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CROWN MANAGED ACCOUNTS SPC - CROWN/GT SEGREGATED PORTFOLIO; GINKGO TREE, LLC; GN3 SIP LIMITED; GOLDENTREE DISTRESSED FUND 2014 LP; GOLDENTREE DISTRESSED MASTER FUND 2014 LTD.; GOLDENTREE INSURANCE FUND SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, L.P.; GOLDENTREE MASTER FUND, LTD.; GOLDENTREE V1 MASTER FUND, L.P.; GTAM 110 DESIGNATED ACTIVITY COMPANY; GUADALUPE FUND, LP; HIGH YIELD AND BANK LOAN SERIES TRUST; and MA MULTI-SECTOR OPPORTUNISTIC FUND, LP,<br><br>Plaintiffs<br><br>v.<br><br>PUERTO RICO INDUSTRIAL DEVELOPMENT CORPORATION,<br><br>Defendant | Case No. 3:21-cv-01178-GAG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE COURT:**

Plaintiffs Crown Managed Accounts SPC - Crown/Gt Segregated Portfolio; Ginkgo Tree, LLC; GN3 SIP Limited; Goldentree Distressed Fund 2014 LP; Goldentree Distressed Master Fund 2014 LTD.; Goldentree Insurance Fund Series Interests Of The Sali Multi-Series Fund, L.P.; Goldentree Master Fund, LTD.; Goldentree V1 Master Fund, L.P.; GTAM 110 Designated Activity Company; Guadalupe Fund, LP; High Yield And Bank Loan Series Trust; and MA Multi-Sector Opportunistic Fund, LP hereby voluntarily dismiss the above-captioned action *without prejudice* pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(i), with each party to bear their own costs and attorney's fees.

Dated: 22nd day of October, 2021

San Juan, Puerto Rico

Respectfully submitted,

| **REICHARD & ESCALERA** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By : *Rafael Escalera* <br> **Rafael Escalera** <br> USDC No. 122609 <br> escalera@reichardescalera.com | **Susheel Kirpalani** (admitted *pro hac vice*) <br> susheelkirpalani@quinnemanuel.com |
| *Carlos R. Rivera Ortiz* <br> **Carlos R. Rivera Ortiz** <br> USDC-PR 303409 <br> riverac@reichardescalera.com | **Daniel Salinas** <br> USDC-PR 224006 <br> danielsalinas@quinnemanuel.com |
| | **Eric Kay** (admitted *pro hac vice*) <br> erickay@quinnemanuel.com |
| 255 Ponce de León Avenue <br> MCS Plaza, 10th Floor <br> San Juan, Puerto Rico 00917-1913 | **Debra O'Gorman** (admitted *pro hac vice*) <br> debraogorman@quinnemanuel.com |
| PO Box 364148 <br> San Juan, PR  00936-4148 <br> Tel. (787) 777-8888 <br> Fax (787) 765-4225 | 51 Madison Avenue, 22nd Floor <br> New York, New York 10010-1603 |
| | *Attorneys for Plaintiffs* |
| *Attorneys for Plaintiffs* | |