# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**CROWN MANAGED ACCOUNTS SPC - CROWN/GTSEGREGATED PORTFOLIO, et al.,**

**Plaintiffs,**

v.

**PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY, et al.,**

**Defendants.**

CASE NO. 21-1178 (GAG)

## JUDGMENT

Pursuant to Plaintiffs' motion for voluntary dismissal at Docket No. 29, and the Court's Order at Docket No. 30, judgment is hereby entered **DISMISSING without prejudice** Plaintiffs' claims and causes of action asserted against Defendants. Each party to bear its own costs and attorneys' fees

**SO ORDERED.**

In San Juan, Puerto Rico this 28th day of October 2021.

*s/ Raul M. Arias-Marxuach*
Raul M. Arias-Marxuach
United States Chief District Judge